

**APPLICATION GRANTED
SO ORDERED**
VINCENT L. BRICCETTI  9/24/12
U.S.D.J.

Conference scheduled for 10/11/12 at 2:45 pm

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ERIC T. SCHNEIDERMAN**
ATTORNEY GENERAL

**KENT T. STAUFFER**
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

**LISA R. DELL**
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

(212) 416-6557

September 21, 2012

**BY FACSIMILE (914) 390-4170**
Hon. Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas St., Room 630
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/12

RE: *Prison Legal News v. Lee*, 11 Civ. 7118 (VLB)(LMS)

Dear Judge Briccetti:

This letter is sent per the Court's instructions to provide a status report on the parties' attempt to resolve the outstanding issues of plaintiffs' recoverable fees and costs in connection with the settlement of this case.

Plaintiff has provided documents stated to be its counsels' time records, and counsel have negotiated regarding the issue of fees without reaching agreement. Both sides believe there is a possibility that a further settlement conference regarding this issue could be productive, and respectfully request that, if the Court is amenable to proceeding in this fashion, that such a conference be scheduled at its convenience.

Respectfully Submitted,

Daniel Schulze
Special Litigation Counsel

cc:   Plaintiffs' Counsel (by e-mail)

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV